■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCIUS CRAWFORD, Appellant. [43 NYS3d 745]—Judgment, Supreme Court, Bronx County (Michael Gross, J.), rendered June 12, 2015, convicting defendant, upon his plea of guilty, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously modified, on the law, to the extent of reducing the mandatory surcharge and crime victim assistance fee to $150 and $5, respectively, and otherwise affirmed.

We perceive no basis for reducing the sentence.

As the People concede, the surcharge and fee should be reduced to the amounts applicable at the time of the crime. Concur—Saxe, J.P., Moskowitz, Kahn and Gesmer, JJ.